501 A.2d 247

COMMONWEALTH of Pennsylvania

v.

Jerry HENTOSH, Petitioner.

No. 217 W.D. Allocatur Docket, 1985.

Supreme Court of Pennsylvania,
Western District.

Dec. 3, 1985.

*PER CURIAM:*

PETITION GRANTED. ORDER OF THE SUPERIOR COURT ENTERED FEBRUARY 15, 1985 IS REVERSED, AND THIS MATTER IS REMANDED TO THE COURT OF COMMON PLEAS OF MERCER COUNTY FOR A HEARING ON TRIAL COUNSEL'S INEFFECTIVENESS AS SET FORTH IN THE PETITION FOR ALLOWANCE OF APPEAL.